Dec 06 05 04:30p    ADVOCACY CENTER    408 557 0309    p.2
Dec-06-2005 14:26  From-CURIALE DELLAVERSON, et al.  +415 834 0443    T-718  P.002/005  F-540
Case 5:05-cv-03402-JF   Document 16   Filed 12/13/05   Page 1 of 2

**E-filed 12/13/05**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Dennis Kirk Hall

        Plaintiff(s),

           v.

Lanier Professional Services, Inc.

        Defendant(s).

_____/

CASE NO. C-05-03402 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  60 Days following the close of Plaintiff's deposition

Dated: 12/6/05

                                Attorney for Plaintiff

Dated: 12/6/05

                                Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dennis Kirk Hall

CASE NO. C-05-03402 JF

Plaintiff(s),

v.

Lanier Professional Services, Inc.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

     Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  60 Days following the close of Plaintiff's deposition _____

Dated: 12/6/05 _____

_____
Attorney for Plaintiff

Dated: 12/6/05 _____

_____
Attorney for Defendant

IT IS SO ORDERED.
12/13/05

Judge Jeremy Fogel /s/electronic signature authorized
United States District Court