DONNA M. RUTTER (SBN 145704)
GEOFFREY M. HASH (SBN 227223)
CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
LANIER WORLDWIDE, INC
(SUCCESSOR TO LANIER PROFESSIONAL
SERVICES, INC.)

\*\*E-filed 12/13/05\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS KIRK HALL,<br><br>            Plaintiff,<br><br>vs.<br><br>LANIER PROFESSIONAL SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  C 05-03402 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY**<br><br>**Fed. Rule of Civ. Proc. 25(c)** |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) Lanier Professional Services, Inc., is no longer a party to this action by reason of a transfer of interest;

(2) Lanier Worldwide, Inc. is substituted as a party to this action in place of Lanier Professional Services, Inc.;

(3) Defendant Lanier Worldwide, Inc. hereby acknowledges actual notice of this suit and subjects itself to the jurisdiction of this court in this action;

(4) The caption in any pleading filed from this date forward shall reflect this substitution

1  by listing Defendant Lanier Worldwide, Inc. as the named Defendant, without any mention of

2  Lanier Professional Services, Inc.

4  Dated: December 7, 2006        CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

7  By: /s/ Geoffrey M. Hash
          Donna M. Rutter
          Geoffrey M. Hash
8  Attorneys for Defendant
   LANIER WORLDWIDE, INC.
   (SUCCESSOR TO LANIER
   PROFESSIONAL SERVICES, INC.)

11 Dated: _____        ADVOCACY CENTER FOR EMPLOYMENT LAW

13 By:_____
           Steven P. Cohn
   Attorneys for Plaintiff
   DENNIS KIRK HALL

**ORDER**

IT IS SO ORDERED.

Dated: 12/13/05

Jeremy Fogel
By: /s/electronic signature authorized
    United States District Judge

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY
CASE NO. C 05-03402 JF