**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW          **E-filed 1/5/06**
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300

Attorneys for Plaintiff,
DENNIS KIRK HALL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DENNIS KIRK HALL,<br><br>    Plaintiff,<br><br>    vs.<br><br>LANIER WORLDWIDE, INC., et al.,<br><br>    Defendants | Case No.  C 05-03402 JF<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER** |

Plaintiff filed a December 30, 2005 Request that the Case Management Conference presently scheduled for January 6, 2006, at 10:30 a.m. be continued on the basis set out in Plaintiff's Request for Continuance of Case Management Conference.  At that time, counsel for both parties had not yet conferred.

Counsel for the parties to the instant action have now conferred and hereby stipulate to continue the January 6, 2006 Case Management Conference to January 13, 2006, at 10:30 a.m., being the next date available  for counsel and the Court.

Dated: January 4, 2006                ADVOCACY CENTER FOR EMPLOYMENT LAW

                                      By:       /S/ Steven P. Cohn, Esq.
                                      STEVEN P. COHN, ESQ., Attorney for Plaintiff,
                                      DENNIS KIRK HALL

Dated: January 4, 2006                CURIALE, DELLAVERSON, HIRSCHFELD &
                                      KRAEMER, LLP


                                      By:       /S/ Geoffrey M. Hash, Esq.
                                      GEOFFREY M. HASH, ESQ., Attorneys for
                                      Defendant, LANIER WORLDWIDE, INC.

**[Proposed] ORDER**

Having read the heretofor filed Plaintiff's Request for Continuance of Case Management Conference and the foregoing Stipulation to Continue Case Management Conference and, good cause appearing therefor,

**IT IS HEREBY ORDERED:**

That the presently scheduled January 6, 2006 Case Management Conference be continued to January 13, 2006, at 10:30 a.m., in Courtroom 3 of this Court.

Dated:   1/5/06                             /s/electronic signature authorized
                                            Jeremy Fogel, United States District Judge